# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. – JFM-03-0565 |
| MYNOR SALAZAR | * | |

## MEMORANDUM

Defendant has filed a motion for clarification and correction requesting that this court "clarify" the sentence it previously entered to have it run concurrently with a sentence imposed in New Mexico.

This court lacks jurisdiction under Fed. R. Civ. P. 35 to grant the relief requested by defendant. Accordingly, defendant's motion is denied.

Date: July 19, 2011  /s/
J. Frederick Motz
United States District Judge

1